UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:17-cr-00036-JMS-TAB |
| | ) | |
| JONATHAN A. MATT (01), | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation dkt [88] recommending that Jonathan A. Matt's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [88]. The Court finds that Mr. Matt committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision,* dkt [56]. The Court dismisses Violation 2 at dkt [66] and Violations 3-5 at dkt [76]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Matt is sentenced to the custody of the Attorney General or his designee for a period of ten (10) months with no supervised release to follow. The Court recommends placement at FCI Terre Haute, Indiana security satellite camp.

Date: 6/17/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal